854

No. 85-5050. VAN HORN *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 85-5051. THACKER, BY AND THROUGH NORMAN, HIS NEXT FRIEND *v.* ATIYEH ET AL. C. A. 9th Cir. Certiorari denied.

No. 85-5052. LEBLANC *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85-5054. ABERNATHY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85-5055. PATTERSON *v.* MCWHERTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 85-5057. LAYHUE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85-5059. NOTTINGHAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85-5060. OTIS *v.* SEARS, ROEBUCK & Co. C. A. 7th Cir. Certiorari denied.

No. 85-5061. CARIGON *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 85-5063. FAY *v.* O'BRIEN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 85-5066. LIZZANA *v.* SCHWEGMANN GIANT SUPERMARKETS, INC. Sup. Ct. La. Certiorari denied.

No. 85-5067. BOVEE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85-5068. HAIRSTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85-5069. SMITH *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 85-5070. HALEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.